| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | MEGAN T. HOPKINS, SBN #294141<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant<br>JOSHUA MCCONNELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:16-po-00436 SAB |
| Plaintiff, | ) | STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE; |
| vs. | ) | ORDER |
| JOSHUA MCCONNELL, | ) | Date: August 17, 2017<br>Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Joshua McConnell, that this case shall be resolved by payment of a fixed-sum in lieu of Mr. McConnell's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Mr. McConnell agrees to pay a $350.00 fine and $30.00 processing fee, for a total of $380.00 on or before August 15, 2017. Payment shall be made to the Central Violations Bureau.

The parties further request the status conference currently scheduled for May 18, 2017 be continued to August 17, 2017 in order to allow verification of payment. Upon payment, the parties agree that the status conference scheduled for August 17, 2017 will be vacated, and the Government will move for a dismissal of this case in the interest of justice.

Respectfully submitted,

Phillip Talbert
Acting United States Attorney

Date: May 17, 2017  /s/ Jeffrey Spivak
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 17, 2017  /s/ Megan T. Hopkins
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
JOSHUA MCCONNELL

## **O R D E R**

The request is denied as his collateral is $480.00, not $380.00. (ECF. 7).

IT IS SO ORDERED.

Dated:  **May 17, 2017**

UNITED STATES MAGISTRATE JUDGE