```
HEATHER E. WILLIAMS, SBN #122664
Federal Defender
MEGAN T. HOPKINS, SBN #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JOSHUA MCCONNELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-po-00436 SAB |
| Plaintiff, | STIPULATION TO ALLOW FIXED-SUM PAYMENT IN LIEU OF APPEARANCE; ORDER |
| vs. | |
| JOSHUA MCCONNELL, | Hon. Stanley A. Boone |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Megan T. Hopkins, counsel for defendant Joshua McConnell, that this case shall be resolved by payment of a fixed-sum in lieu of Mr. McConnell's appearance pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410.

Mr. McConnell agrees to pay a $350.00 fine and $30.00 processing fee, as well as a $100 additional financial penalty for failing to appear, for a total of $480.00 on or before August 15, 2017.  Payment shall be made to the Central Violations Bureau.

/ / /

/ / /

/ / /

/ / /

The parties further request the status conference currently scheduled for May 18, 2017 be continued to August 17, 2017 in order to allow verification of payment. Upon payment, the parties agree that the status conference scheduled for August 17, 2017 will be vacated, and the Government will move for a dismissal of this case in the interest of justice.

Respectfully submitted,

Phillip Talbert
Acting United States Attorney

Date: May 17, 2017          */s/ Jeffrey Spivak*
                            JEFFREY SPIVAK
                            Assistant United States Attorney
                            Attorney for Plaintiff


                            HEATHER E. WILLIAMS
                            Federal Defender

Date: May 17, 2017          */s/ Megan T. Hopkins*
                            MEGAN T. HOPKINS
                            Assistant Federal Defender
                            Attorney for Defendant
                            JOSHUA MCCONNELL

## O R D E R

**IT IS SO ORDERED.** Defendant JOSHUA MCCONNELL is ordered to pay a total financial obligation of $480. The entire financial obligation must be paid in full by August 15, 2017.

The status conference currently scheduled for May 18, 2017 is hereby continued to August 17, 2017. If Mr. McConnell has paid his financial obligation in full by August 15, 2017, the hearing scheduled for August 17, 2017 will be vacated and the case will be terminated.

IT IS SO ORDERED.

Dated: __**May 17, 2017**__

UNITED STATES MAGISTRATE JUDGE